UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:03-cr-171 |
| | ) | |
| v. | ) | |
| | ) | COLLIER / LEE |
| JESSE LEE WALKER | ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on May 27, 2010, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer David T. Croft. Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The supervised releasee, JESSE LEE WALKER.
(3) Attorney Bryan Hoss for defendant.
(4) U.S. Probation Officer David T. Croft.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

Defendant has retained attorney Bryan H. Hoss as counsel to represent him in this matter. It was determined that defendant had been provided with and reviewed with counsel a copy of the Petition for a Warrant or Summons for an Offender Under Supervision

AUSA Piper moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant waived his right to a preliminary hearing but requested a detention hearing, which was held.

### **Detention Hearing Proof**

U.S. Probation Officer David T. Croft testified and was cross-examined by counsel for defendant. Defendant made a proffer that both his girlfriend and his mother were not afraid of him and would dispute certain facts set forth in the petition. Defendant also offered an affidavit of his grandmother, which was made an exhibit. Both parties presented their respective arguments concerning the issues of detention or release, which were fully considered by the Court.

<u>Findings</u>

(1) Based upon the petition and defendant's waiver of preliminary hearing, the undersigned finds there is probable cause to believe the defendant has committed violations of his conditions of supervised release as alleged in the petition.

(2) The defendant has not carried his burden of demonstrating that, if released, he would not flee or would not pose a danger to another person or to the community under Fed. R. Crim. P. 32.1(a)(6).

<u>Conclusions</u>

It is ORDERED:

(1) (1)  The supervised releasee shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The motion of AUSA Piper that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier **on June 3, 2010 at 2:00 p.m.**

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE